**Order entered January 21, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01344-CV

### IN RE OLAFALLART GIPON AND JENNIFER GIPON, Relators

**Original Proceeding from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-00584**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.


/s/     KEN MOLBERG
         JUSTICE